UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　CASE NO. 8:17-CR-97-T-17TBM

WALBERTO CUERO CORTES.

_____/

ORDER

This cause is before the Court on:

Dkt. 118　　Motion Requesting the Court's Assistance
　　　　　　In Defendant's Effort to Provide Substantial Assistance

Defendant Walberto Cuero Cortes, *pro se*, requests the Court's assistance in Defendant's efforts to provide substantial assistance.

After consideration, the Court directs that the Clerk of Court provide Defendant's Motion (Dkt. 118) to AUSA Daniel Baeza for consideration. Accordingly, it is

**ORDERED** that *pro se* Defendant Walberto Cuero Cortes' Motion Requesting the Court's Assistance in Defendant's Effort to Provide Substantial Assistance is **granted in part**; the Clerk of Court **shall provide** a copy of Defendant's Motion (Dkt. 118) to AUSA Daniel Baeza, and is **otherwise denied**.

Case No. 8:17-CR-97-T-17TBM

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of October, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

*Pro Se* Defendant:

Walberto Cuero Cortes
68442-018     L03-402U
McRae Correctional Facility
P.O. Drawer 55030
McRae Helena, GA    31055